UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WILLIAM D. DEMERS AND
CORA A. DEMERS

v.                                                    CA 12-676 ML

ANTHONY R. BUONANNO, M.D. and
THE CENTER FOR ORTHOPAEDICS, INC.

## ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on November 2, 2012. No objection has been filed and the time for doing so has passed. The Court adopts the Report and Recommendation. The United States' Motion to Quash Subpoena is GRANTED and the case is DISMISSED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
November 27, 2012